MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7027
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00286 RS |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| JERONIMO VEGA VASQUEZ, | Date: November 18, 2014<br>Time: 2:30 p.m.<br>Court: Hon. Richard Seeborg |
| Defendant. | |

    The parties appeared before the Honorable Richard Seeborg on November 18, 2014 for a status conference. Assistant Federal Public Defender Brandon LeBlanc appeared as counsel for Defendant Jeronimo Vasquez. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from November 18, 2014 to December 16, 2014. The parties agreed, and the Court found and held, as follows:

    1.    The government sought and defendant agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to further investigate this matter and confer

1  with the defendant, taking into account the exercise of due diligence.

2      2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from November 18, 2014 to December 16, 2014 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of Defendant Jeronimo Vasquez, the period from November 18, 2014 to December 16, 2014 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. § § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.
DATED: 11/19/14

HONORABLE RICHARD SEEBORG
United States District Judge

Approved As To Form:

_____/s/_____                    Dated: November 18, 2014
BRANDON M. LeBLANC
Counsel for Defendant Jeronimo Vasquez

_____/s/_____                    Dated: November 18, 2014
CLAUDIA QUIROZ
Assistant United States Attorney
Counsel for United States