04/04/2016 01:59 PM EDT                                                                                          Version 7.1    Page  1    of   1

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN314CR000286;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN314CR000286        **Case Title**  USA V. VASQUEZ

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CAN268 | JERONIMO VEGA VASQUEZ | 314-0002861 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| CT 34611109021 | 09/22/2015 | 09/22/2015 | PR | 25.00 | JERONIMO VEGA VASQUEZ | O | 04 | 504100 |
|   DCAN314CR000286-001  Line# 1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT 34611111637 | 12/22/2015 | 12/22/2015 | PR | 25.00 | JERONIMO VEGA VASQUEZ | O | 04 | 504100 |
|   DCAN314CR000286-001  Line# 1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT 34611113125 | 02/19/2016 | 02/19/2016 | PR | 25.00 | JERONIMO VEGA VASQUEZ | O | 04 | 504100 |
|   DCAN314CR000286-001  Line# 1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CT 34611114057 | 03/28/2016 | 03/28/2016 | PR | 25.00 | JERONIMO VEGA VASQUEZ | O | 04 | 504100 |
|   DCAN314CR000286-001  Line# 1  SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: Jeronimo V Vasquez
Amount $ 100.00     Date: 3/28/16